# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           CASE NO. 1:12-cv-00087-MP-GRJ

$12,330.00 IN UNITED STATES CURRENCY,

    Defendant.

_____/

## **DECREE OF FORFEITURE**

    This matter is before the Court on the government's Motion for Decree of Forfeiture. (Doc. 8). On May 1, 2012, a Verified Complaint of Forfeiture in Rem against the defendant property, approximately $12,330.00 in United States Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C).

    It appears that process was fully issued in this action according to law:

    That Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for thirty (30) consecutive days beginning August 17, 2012, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

    No claim has been filed with the court by any person or entity.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

Defendant property, approximately $12,330.00 in United States Currency, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this   4th day of December, 2012

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge